1

2

3

4

5

6

7

8                        UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   HOSSAIN GHAHRALOUD,                    Case No.  1:25-cv-00466-BAM

12              Plaintiff,                   ORDER CONVERTING SCHEDULING
                                            CONFERENCE TO STATUS CONFERENCE
13        v.
                                            **Date:  July 29, 2025, at 8:30 a.m.**
14   UNITED STATES DEPARTMENT OF
     STATE, et al.,
15
                Defendants.
16

17         Plaintiff Hossain Ghahraloud, proceeding pro se, initiated this action on April 23, 2025.

18   (Doc. 1.)  A Scheduling Conference is currently set for July 29, 2025, at 8:30 a.m. in Courtroom 8

19   (BAM) before the undersigned.  (Doc. 4.)  Based on the status of the case, the Scheduling

20   Conference on July 29, 2025, is HEREBY CONVERTED to a Status Conference to address

21   service of the summons and complaint.  The parties shall appear at the conference remotely with

22   each party connecting via Zoom video conference.  The parties will be provided with the Zoom

23   ID and password by the Courtroom Deputy prior to the conference.  The Zoom ID number and

24   password are confidential and are not to be shared.  Appropriate court attire is required.

25         Plaintiff also has contacted the Court with requests and documents related to the

26   scheduling conference.  Plaintiff is advised that the Court will not respond to individual requests

27   for the status of any case.  Doc. 4-3 at 3.  Further, any requests for a Court order must be made by

28   motion, in writing, and filed with the Court.  *See* Fed. R. Civ. P. 7; Doc.4-3 at 1.  Documents

                                            1

1   intended to be filed with the Court must be mailed to the Clerk of Court.  *See* Local Rule 134(a);

2   Doc. 4-3 at 1.  All documents improperly mailed (or emailed) to a judge's chambers will be

3   stricken from the record.  Doc. 4-3 at 1.

4   IT IS SO ORDERED.

5
     Dated:   **July 23, 2025**                        /s/ *Barbara A. McAuliffe*

6                                                       UNITED STATES MAGISTRATE JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28