UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOSSAIN GHAHRALOUD,<br><br>  Plaintiff,<br><br>  v.<br><br>UNITED STATES DEPARTMENT OF STATE, et al.,<br><br>  Defendants. | Case No. 1:25-cv-00466-BAM<br><br>**ORDER FOLLOWING STATUS CONFERENCE DIRECTING PLAINTIFF TO SERVE DEFENDANTS ACCORDING TO FEDERAL RULE OF CIVIL PROCEDURE 4(i) AND FILE PROOFS OF SERVICE**<br><br>(Doc. 13) |

On July 29, 2025, the Court held a status conference to discuss service of the complaint. The Court instructed Plaintiff to serve the complaint on the government defendants according to Federal Rule of Civil Procedure 4(i). Plaintiff is ORDERED to serve a copy of the complaint on all defendants according to Federal Rule of Civil Procedure 4(i). Plaintiff SHALL promptly file proofs of service of the summons and complaint so the Court has a record of service. The Court sets a further status conference for September 2, 2025 at 9:30 AM in Courtroom 8 (BAM) before Magistrate Judge Barbara A. McAuliffe, with all parties connecting remotely via Zoom video conference. The parties will be provided with the Zoom ID and password by the Courtroom Deputy prior to the conference. The Zoom ID number and password are confidential and are not to be shared. Appropriate court attire required. If defendants have been served and Plaintiff has

filed proofs of service prior to the September 2, 2025 status conference, the status conference will be vacated.

IT IS SO ORDERED.

Dated: **July 29, 2025**          /s/ *Barbara A. McAuliffe*
                                                  UNITED STATES MAGISTRATE JUDGE

2