ERIC GRANT
United States Attorney
SHELLEY D. WEGER
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| HOSSAIN GHAHRALOUD, | CASE NO. 1:25-CV-00466-BAM |
|---|---|
| Plaintiff, | [PROPOSED] ORDER FOR CONTINUANCE OF ALL DEADLINES IN LIGHT OF LAPSE OF APPROPRIATIONS |
| v. | |
| UNITED STATES DEPARTMENT OF STATE, et al., | |
| Defendants. | |

Good cause being established, Defendants' motion for a continuance of the deadline to respond to Plaintiff's complaint is granted. Defendants' response is due 14 days after Congress has restored appropriations to the Department of Justice. Both the scheduling conference scheduled for October 21, 2025, and the deadline for filing the joint status report are hereby vacated.

IT IS SO ORDERED.

Dated:  **October 6, 2025**          /s/ Barbara A. McAuliffe
                                                      UNITED STATES MAGISTRATE JUDGE

1