UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOSSAIN GHAHRALOUD,<br><br>          Plaintiff,<br><br>     v.<br><br>UNITED STATES DEPARTMENT OF STATE, et al.,<br><br>          Defendants. | Case No. 1:25-cv-00466-KES-BAM<br><br>ORDER VACATING FINDINGS AND RECOMMENDATIONS REGARDING DISMISSAL OF ACTION FOR FAILURE TO PROSECUTE<br><br>ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO FILE OPPOSITION OUT OF TIME<br><br>(Doc. 24)<br><br>**FOURTEEN (14) DAY DEADLINE** |

Plaintiff Hossain Ghahraloud ("Plaintiff"), proceeding *pro se*, initiated this action on April 23, 2025. (Doc. 1.) On October 6, 2025, the Court granted defendants' motion for a continuance of the deadline to respond to Plaintiff's complaint due a lapse of appropriations. (Doc. 18.) The Court's order, which was mailed to Plaintiff, was returned as "Undeliverable, Return to Sender, Attempted-Not Known, Unable to Forward" on October 24, 2025. (*See* Docket.) On November 26, 2025, Defendants filed a motion to dismiss this action, which is set for hearing on January 30, 2026. (Doc. 19.)

When the Court did not receive a timely updated address from Plaintiff as required by Local Rule 183(b), it issued findings and recommendations to dismiss this action for failure to prosecute on December 2, 2025, and to deny defendants' pending motion as moot. (Doc. 21.) The findings and recommendations were served on the parties and contained notice that any objections were to be filed within fourteen (14) days. (*Id.*) On December 8, 2025, Plaintiff filed

1

1  objections to the findings and recommendations. (Doc. 23.) According to the objections,
2  Plaintiff's mailing address has never changed, he did not receive the Court's October 6, 2025
3  order, and he only discovered the returned mail after checking the docket. (*Id*.) Plaintiff further
4  indicates that he received the motion to dismiss but believed that the January 30, 2026 hearing
5  date controlled his deadline to respond. (*Id.*) Plaintiff asserts that he has actively prosecuted the
6  case, never abandoned the lawsuit, and dismissal is not warranted. Plaintiff therefore requests
7  that the Court decline to adopt the findings and recommendations, the case not be dismissed, and
8  Plaintiff be permitted to file his opposition to the motion to dismiss. (*Id.* at 2.)

9  In addition to objections, Plaintiff also filed a motion for leave to file his opposition out of
10 time. (Doc. 24.) The Court finds a response to the motion unnecessary. L.R. 230(g). Having
11 considered Plaintiff's objections and related motion, the Court finds it appropriate to vacate the
12 findings and recommendations issued on December 2, 2025, and to grant Plaintiff's request for
13 leave to file his opposition. Defendants will not be prejudiced by allowing Plaintiff time to
14 oppose the motion, which will allow the matter to be resolved on the merits. Accordingly, it is
15 HEREBY ORDERED as follows:

16    1. The findings and recommendations issued on December 2, 2025, Doc. 21, are
17       VACATED.
18    2. Plaintiff's request for leave to file an opposition to defendants' pending motion to
19       dismiss, Doc. 24, is GRANTED.
20    3. Plaintiff's opposition to defendants' motion to dismiss, Doc. 19, shall be filed **within**
21       **fourteen (14) days** following service of this order. Defendants' reply shall be filed **no**
22       **later than ten (10) days** after the opposition is filed. L.R. 230.
23    4. Plaintiff is advised that the failure to file a timely opposition may be construed by the
24       Court as a non-opposition to the motion. L.R. 230(c).

IT IS SO ORDERED.

Dated:  **December 9, 2025**            /s/ *Barbara A. McAuliffe*
                                        UNITED STATES MAGISTRATE JUDGE