# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOSSAIN GHAHRALOUD, | Case No.  1:25-cv-00466-KES-FRS (SAB) |
| Plaintiff, | ORDER VACATING JANUARY 30, 2026 HEARING DATE |
| v. | |
| UNITED STATES DEPARTEMENT OF STATE, et al., | |
| Defendants. | |

On November 26, 2025, Defendants Consular Officers, Kristi Noem, Marco Rubio, Robert P. Sanders, United States Department of Homeland Security, and United States Department of State ("Defendants") filed a motion to dismiss all claims in Plaintiff's complaint as moot.  (ECF No. 19.) Plaintiff Hossain Ghahraloud ("Plaintiff") filed his opposition on December 22, 2025.  (ECF No. 26.)  Defendants filed their reply on January 8, 2026.  (ECF No. 27.)  The Court, having reviewed the record, finds this matter suitable for decision without oral argument.  See Local Rule 230(g).

Accordingly, the matter is taken under submission.  The previously scheduled hearing set on January 30, 2026, is VACATED, and the parties will not be required to appear at that time.

IT IS SO ORDERED.

Dated:   **January 20, 2026**   _____

STANLEY A. BOONE
United States Magistrate Judge