UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

HOSSAIN GHAHRALOUD,

Plaintiff,

v.

UNITED STATES DEPARTMENT OF STATE, et al,

Defendants.

Case No.  1:25-cv-00466-KES-FJS

ORDER DENYING PLAINTIFF'S MOTION FOR CM/ECF ELECTRONIC FILING PRIVILEGES

(ECF No. 32)

On April 10, 2026, Plaintiff Hossain Ghahraloud filed a motion for permission to file electronically via CM/ECF.  (Doc. 32.)  Plaintiff requests CM/ECF privileges to ensure timely filing of documents, avoid delays and the uncertainty of mail delivery, efficiently comply with court deadlines and orders, and to receive electronic notices of docket activity.  (*Id.* at 1.) Plaintiff affirms that he has the ability to comply with the CM/ECF requirements, including regular access to a computer with reliable internet, ability to create, convert, and submit documents in searchable PDF format, ability to understand and comply with the Federal Rules of Civil Procedure, the Local Rules, and CM/ECF policies, and understands electronic service and

1

his responsibility to monitor the docket and his email.  (*Id.* at 1-2.)

Pursuant to the Local Rules, a *pro se* party shall file and serve paper documents and may not utilize electronic filing unless granted permission by the Court. L.R. 133(a)-(b). A *pro se* party may request an exception to the paper filing requirement from the Court by filing a stipulation of the parties, or "if a stipulation cannot be had, [a] written motion[] setting out an explanation of reasons for the exception." L.R. 133(b)(3).

Upon review of the filings in this action and the instant request, the Court finds that this action currently does not warrant an exception to the Local Rule. Documents intended to be filed with the Court must be mailed to the Clerk of the Court. See L.R. 134(a).

Accordingly, based on the foregoing, IT IS HEREBY ORDERED that Plaintiff's motion for permission to utilize electronic via CM/ECF (Doc. 32) is DENIED without prejudice.

IT IS SO ORDERED.

Dated:   **April 14, 2026**   _____

FRANK J. SINGER
UNITED STATES MAGISTRATE JUDGE