UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOSSAIN GHAHRALOUD,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>UNITED STATES DEPARTMENT OF<br>STATE, ET AL.,<br><br>　　　　　Defendants. | Case No. 1:25-cv-00466-KES-FJS<br><br>ORDER RE: DEFENDANT'S MOTION<br>TO DISMISS; ORDER REQUIRING<br>DEFENDANTS TO FILE MISSING<br>EXHIBIT 1<br><br>(ECF No. 19.) |

On April 23, 2025, Plaintiff Hossain Gharhraloud ("Plaintiff") filed a petition for a writ of mandamus to compel the Department of State to adjudicate his immigration visa. (ECF No. 1 at 2.) On November 26, 2025, the United States of America filed a motion to dismiss. (ECF No. 19.) Additional support for the government's motion is supposedly set out in the refusal notice, accordingly labeled "Exhibit 1." (ECF No. 19-1 at 2.) Yet, the government's electronic filing fails to include a copy of Exhibit 1, and it is not attached in subsequent filings. (*See* ECF No. 19-2; 27.)

Accordingly, it is HEREBY ORDERED that <u>the government shall file a copy of the refusal notice (Exhibit 1) referenced in the government's motion to dismiss within fourteen (14) days</u> of this order.

IT IS SO ORDERED.

Dated:   **May 20, 2026**

_____
UNITED STATES MAGISTRATE JUDGE