UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOSSAIN GHAHRALOUD,<br>Plaintiff,<br>v.<br>UNITED STATES DEPARTMENT OF STATE, et. al.,<br>Defendants. | Case No. 125-cv-00466-KES-FJS<br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br>(Docs. 19, 36) |

Plaintiff Hossain Ghahraloud ("Plaintiff"), proceeding pro se, filed this action on April 23, 2025. Doc. 1. On November 26, 2025, defendants filed their motion to dismiss. Doc. 19. On September 11, 2026, the assigned magistrate judge issued findings and recommendations that defendants' motion to dismiss be granted with leave to file a supplemental complaint. Doc. 36. The assigned magistrate judge recommended that plaintiff be granted leave to file, within twenty-one (21) days of this order, a supplemental complaint or a notice of decision not to file a supplemental complaint. *Id.* The findings and recommendations were served on Plaintiff and contained notice that any objections thereto were to be filed within fourteen (14) days after service. *Id.* Neither party has filed any objections and the time to do so has since passed.

In accordance with 28 U.S.C. § 636 (b)(1), this Court has conducted a de novo review of the case. Having carefully reviewed the file, the Court finds that the findings and

recommendations are supported by the record and proper analysis.

Accordingly, IT IS HEREBY ORDERED:

1. The findings and recommendations issued on September 11, 2026, (Doc. 36) are ADOPTED IN FULL;
2. Plaintiff's request that the court order defendants to immediately adjudicate plaintiff's pending immigrant visa application (Doc. 1) is DENIED as moot; and
3. Plaintiff's request for declaratory relief (Doc. 1) that the United States Citizenship and Immigration Services delayed unreasonably in adjudicating his visa application is DENIED as moot; and
4. Defendant's motion to dismiss plaintiff's complaint is GRANTED, with leave for plaintiff to file a supplemental complaint; and
5. Plaintiff is ordered to file, within twenty-one (21) days of this order, a supplemental complaint or a notice of decision not to file a supplemental complaint.

IT IS SO ORDERED.

Dated: September 29, 2026

UNITED STATES DISTRICT JUDGE